MIDDLE DISTRICT OF ALABAMA
☒ INITIAL APPEARANCE                              DATE: 7-8-2005
☐ BOND HEARING
☐ DETENTION HEARING                               Digital Recording 4:53 to 5:00 pm
☐ PRELIMINARY (EXAMINATION) (HEARING)
☐ REMOVAL HEARING (R.40)
☐ ARRAIGNMENT

PRESIDING MAG. JUDGE: DRB              DEPUTY CLERK: sql
CASE NO.: 2:05mj83-B                   DEFT. NAME: Tanya Nicole LANIER
AUSA: Hardwick                         DEFT. ATTY: Ellman
                                       Type Counsel: ( )Retained; ( ) Panel CJA; ( ) Waived; (☒) CDO
PTSO: Thweatt
USPO: _____

Defendant ___ does  ✓ does NOT need an interpreter
Interpreter present ✓ NO ___ YES  Name: _____

☐ ✓ Date of Arrest 7-8-05 or ☐ Arrest Rule 40
☒ ✓ Deft. First Appearance. Advised of rights/charges. ☐ Prob/Sup Rel Violator
☒ Deft. First Appearance with Counsel
☐ Deft. First Appearance without Counsel
☐ Requests appointed Counsel
☐ Financial Affidavit executed ☐ to be obtained by PTSO
☐ ORDER appointing Community Defender Organization
☐ Panel Attorney Appointed; ☐ to be appointed - prepare voucher
☐ Deft. Advises he will retain counsel. Has retained _____
☐ ☐ Government's ORAL Motion for Detention Hearing ☐ to be followed by written motion;
    ☐ Government's WRITTEN motion for Detention Hearing filed
☐ Detention Hearing ☐ held; ☐ set for _____ at _____
☐ ORDER OF TEMPORARY DETENTION PENDING HEARING entered
☐ ORDER OF DETENTION PENDING TRIAL entered
☐ Release order entered. Deft advised of conditions of release
☐ BOND EXECUTED (M/D AL charges) $ _____. Deft released
☐ ✓ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
☒ Bond not executed. Deft to remain in Marshal's custody
☐ Deft. ORDERED REMOVED to originating district
☐ Waiver of ☐ preliminary hearing; ☐ Waiver of Rule 40 Hearing
☐ Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
☐ ARRAIGNMENT ☐ HELD. Plea of NOT GUILTY entered. ☐ Set for _____
    DISCOVERY DISCLOSURE DATE: _____
☐ NOTICE to retained Criminal Defense Attorney handed to counsel
☐ Identity/Removal Hearing set for _____
☐ Waiver of Speedy Trial Act Rights executed